UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHNATHAN SEXTON, | : | Case No. 1:14-cv-98 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| JOSEPH LEE, *et al.*, | : | |
| Defendants. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE ORDER AND REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. 4); (2) DISMISSING ALL CLAIMS AGAINST DEFENDANT NEIL; AND (3) DISMISSING SOME CLAIMS AGAINST DEFENDANTS LEE AND OWENS**

This case is before the Court on the Order and Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman. (Doc. 4). The Magistrate Judge recommends that Plaintiff's claims against Defendant Jim Neil be dismissed. (*Id.*) The Magistrate Judge further recommends that the Court dismiss claims against Defendants Lee and Owens stemming from: (1) the search and seizure of firearms from plaintiff's residence; (2) the search and seizure of plaintiff's "financial history and records" from Fifth/Third Bank; (3) the two police officers' interference with a plea bargain that was initially offered but later withdrawn by the prosecutor; and (4) false statements allegedly made by defendant Lee in the PSI report that was submitted to the trial court for consideration in determining plaintiff's sentence. Plaintiff filed no Objections to the recommendations of the Magistrate Judge and the time for doing so has expired. The issues are now ripe.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), upon reviewing Plaintiff's filings and the comprehensive findings of the Magistrate Judge *de novo*, the Court: (1) **ADOPTS** the recommendations set forth in the Order and Report and Recommendation of the Magistrate Judge in their entirety (Doc. 4); (2) **DISMISSES** Plaintiff's claims against Defendant Neil; and (3) **DISMISSES** Plaintiff's claims against Defendants Lee and Owens stemming from the search and seizure of firearms from: (a) plaintiff's residence; (b) the search and seizure of plaintiff's "financial history and records" from Fifth/Third Bank; (c) the two police officers' interference with a plea bargain that was initially offered but later withdrawn by the prosecutor; and (d) false statements allegedly made by defendant Lee in the PSI report that was submitted to the trial court for consideration in determining plaintiff's sentence. This case shall proceed as set forth in the Order and Report and Recommendation of the Magistrate Judge.

**IT IS SO ORDERED.**

Date: 3/26/2014

*Timothy S. Black*
Timothy S. Black
United States District Judge