UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JONATHAN SEXTON,

    Plaintiff,

-vs-

JOSEPH LEE, *et al.*,

    Defendants.

Case No. 1:14-cv-98

Judge Timothy S. Black
Magistrate Judge Stephanie K. Bowman

---

**JUDGMENT IN A CIVIL CASE**

---

    **[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]**    **Decision by Court:**

    **IT IS ORDERED AND ADJUDGED** that the Order and Report and Recommendation of the Magistrate Judge (Doc. 4) is **ADOPTED**; that all claims against Defendant Jim Neil are **DISMISSED**; that some claims against Defendants Lee and Owens are **DISMISSED**; and the case shall proceed as set forth in the Order and Report and Recommendations of the Magistrate Judge.

Date: 3/26/2014

**JOHN P. HEHMAN, CLERK**

By: *s/M. Rogers*, *D.C.*
Deputy Clerk