UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOHNATHAN SEXTON, | : | Case No. 1:14-cv-98 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Stephanie K. Bowman |
| vs. | : | |
| JOSEPH LEE, *et al.*, | : | |
| Defendants. | : | |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATIONS
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 32)

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on May 7, 2015, submitted a Report and Recommendations. (Doc. 32). Plaintiff did not file objections.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its entirety. Accordingly:

1. The Report and Recommendations (Doc. 32) is **ADOPTED**;

2. The Motions for Summary Judgment of Defendant Joseph Lee (Doc. 18) and Defendant Scott Owen (Doc. 19) are **GRANTED**;

3. Plaintiff's Motion to Appoint Counsel (Doc. 23) is **DENIED AS MOOT**; and

4. The Clerk shall enter judgment accordingly, whereupon this civil action is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 6/22/15

Timothy S. Black
United States District Judge

2